UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
ENTERED

MAR - 2 2005

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| AISHA GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-04-04305 |
| | § | |
| RENT-A-CENTER EAST INC, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM AND ORDER

Plaintiff and Defendant agree that the dispute between them must be submitted to arbitration. They disagree only as to whether this case should be stayed, or dismissed, pending completion of arbitration.

Because the entire dispute between the parties is, pursuant to their "Mutual Agreement to Arbitrate Claims," subject to arbitration, the Court finds and holds that this case should be DISMISSED WITHOUT PREJUDICE. Alford v Dean Witter Reynolds, Inc., 975 F.2d 1161 (5th Cir. 1992).

IT IS SO ORDERED.

SIGNED this 1st day of March, 2005.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS
ORDER SHALL FORWARD A COPY OF IT TO EVERY OTHER PARTY
AND AFFECTED NON-PARTY EVEN THOUGH THEY MAY HAVE BEEN
SENT ONE BY THE COURT.**

1 / 1